1

2                                                                Honorable Robert S. Lasnik

3

4

5

6

7                          UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8

9   VANESSA COOTS,                                    NO.  2:06-CV-01487-RSL
                              Plaintiff,

10
            v.                                        ORDER GRANTING DEFENDANT
11                                                    MADISON MARQUETTE RETAIL
    MADISON MARQUETTE RETAIL                          SERVICES, INC.'S MOTION FOR
12  SERVICES, INC., a foreign corporation;            SUMMARY JUDGMENT
    TARGET CORPORATION, d/b/a Target,
13  a foreign corporation,

14                            Defendants.

15          THIS MATTER came on before the Court on Defendant Madison Marquette Retail

16  Services, Inc.'s Motion for Summary Judgment.  The Court has considered the files and

17  pleadings herein, including, without limitation, the following:

18          1.      Defendant Madison Marquette Retail Services, Inc.'s Motion for Summary

19  Judgment;

20          2.      Declaration of Robert Pittman re Defendant Madison Marquette Retail Services,

21  Inc.'s Motion for Summary Judgment;

22                                                        LAW OFFICES OF
    ORDER GRANTING DEFENDANT MADISON            **MILLS  MEYERS  SWARTLING**
23  MARQUETTE RETAIL SERVICES, INC.'S              1000 Second Avenue, 30th Floor
    MOTION FOR SUMMARY JUDGMENT - 1                Seattle, Washington  98104-1064
24  (Cause No. 06-01487 RSL)                         TELEPHONE (206) 382-1000
                                                     FACSIMILE (206) 386-7343

25

3.      Declaration of Janna J. Annest in Support of Madison Marquette Retail Services, Inc.'s Motion for Summary Judgment;

4.      No opposition was filed either by plaintiff or the other defendant;

5.      Defendant Madison Marquette Retail Services, Inc.'s Reply re Motion for Summary Judgment;

ACCORDINGLY, it is hereby ordered that Defendant Madison Marquette Retail Services, Inc.'s Motion for Summary Judgment is GRANTED.


DATED: June 19, 2007.

_MWr S Lasnik_

Robert S. Lasnik
United States District Judge


PRESENTED BY:

MILLS MEYERS SWARTLING
Attorney for Defendant Madison
Marquette Retail Services, Inc.


By:  /s/ Janna J. Annest
        Frederick M. Meyers
        WSBA No. 1158
        Janna J. Annest
        WSBA No. 34378


ORDER GRANTING DEFENDANT MADISON
MARQUETTE RETAIL SERVICES, INC.'S
MOTION FOR SUMMARY JUDGMENT - 2
(Cause No. 06-01487 RSL)

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343